## MEMORANDUM

DATE:   May 25, 2010

FROM:   /s/
Veronica K. Puccio
U.S. Probation Officer

SUBJECT:   *Anthony Dumas*
*Docket No. 08-CR-07-BBC-01*
<u>*Request for Release of Presentence Report*</u>

TO:   Honorable Barbara B. Crabb
U.S. District Judge

On April 22, 2010, Anthony Dumas filed a motion asking the Court to release a copy of his federal presentence report. Mr. Dumas represented himself in his federal case. He indicated he would like to continue in his defense and needs a copy of his federal presentence report to do so. The defendant is currently serving a state sentence under the Wisconsin Department of Corrections at Racine Correctional Institution. After investigation into the local rules and regulations of the state facility and discussion with the records supervisor, our office has no objection to the defendant's motion provided:

(1)   The defendant shall be allowed access to his report while in the institution, but shall not be allowed to keep the report or any portion of the report on his person while in general population;

(2)   No copies may be made of the report or of any information contained within;

(3)   The report may not be further disclosed to other parties or maintained in a public file; and

(4)   The report will be maintained in the defendant's confidential file following review.

Please contact our office with any questions or comments.

---

## THE COURT ORDERS:

✓ The release of the presentence under the conditions outlined above

___ Other

*[signed]* Barbara B Crabb
Honorable Barbara B. Crabb
United States District Judge

May 25, 2010
Date

VKP/

pc:   David Reinhard, AUSA
Anthony Dumas, Defendant (pro se)